IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KARI L. SANDERS,** | ) | **CASE NO. 4:08CV3125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Brief (Filing No. 10). The Plaintiff requests a continuance from September 25, 2008, until October 24, 2008. The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time. The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 10) is granted;

2. The Plaintiff shall file her brief in support of her appeal on or before October 24, 2008; and

3. The Defendant shall file his responsive brief on or before November 24, 2008.

DATED this 19th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge