IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KARI L. SANDERS,** | ) | **CASE NO. 4:08CV3125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 13). The Defendant requests a continuance from November 24, 2008, until December 24, 2008. The Court previously granted the Plaintiff additional time to file her brief (Filing No. 11). The Court finds that the Defendant's motion should be granted.

    IT IS ORDERED:

    1.    The Defendant's Motion for Extension of Time (Filing No. 13) is granted; and

    2.    The Defendant shall file his responsive brief on or before December 24, 2008.

DATED this 24th day of November, 2008.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      United States District Judge