# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KARI L. SANDERS,** | ) | CASE NO. 4:08CV3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to File Reply Brief (Fling No. 16). The Plaintiff requests leave of the Court to file a brief in reply to Defendant's brief (Filing No. 15). The Plaintiff asserts in her motion that the Defendant's counsel has been contacted and has no objection to the Plaintiff's motion. The Court finds that leave should be granted, but that the substance of the reply brief should be limited to addressing factual and legal matters not previously addressed in the Plaintiff's initial brief. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to File Reply Brief (Filing No. 16) is granted; and

2. The Plaintiff is granted leave to file a reply brief on or before January 13, 2009, and the brief shall be no more than ten (10) pages in length.

DATED this 30th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge