IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KARI L. SANDERS,** | ) | CASE NO. 4:08CV3125 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER TO PROCEED** |
| | ) | **IN FORMA PAUPERIS** |
| **MICHAEL J. ASTRUE, as** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Kari L. Sanders, the Plaintiff, has submitted a Motion for Leave to Proceed In Forma Pauperis, together with her affidavit in support of the motion, filed in conjunction with her Notice of Appeal. Based on a review of the motion and affidavit, the Court finds that payment of any fees and the posting of any bond should be waived, and Sanders should be permitted to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

The Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 22) is granted, and Kari L. Sanders is permitted to proceed on appeal in forma pauperis.

Dated this 30th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge