## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KARI L. SANDERS,** | ) | **CASE NO. 4:08CV3125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the mandate issued by the United States Court of Appeals for the Eighth Circuit, which was based upon the Commissioner's motion to remand,

IT IS ORDERED:

This action is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the proceedings on appeal.

DATED this 15th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge